

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:23cr20 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 924(c)(1)(A)(i), |
| | ) | 924(c)(1)(D)(2) and 2 |
| | ) | Possession of a Firearm During a |
| DAHNICO JHARON MCCOY, | ) | Crime of Violence |
| | ) | (Count 1) |
| and | ) | |
| | ) | |
| ISAIAH J. CARD, | ) | |
| | ) | |
| *Defendants.* | ) | |

INFORMATION
(Felony)

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

On or about April 19, 2023, in the Eastern District of North Carolina and elsewhere, the defendants DAHNICO JHARON MCCOY and ISAIAH J. CARD did knowingly possess, and aid and abet possession of, a firearm in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, MCCOY and CARD possessed a firearm while robbing a U.S. Postal Carrier of a postal key, which is property of the United States, in violation of 18 U.S.C. § 2114(a).

(In violation of Title 18, United States Code, Sections 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(D)(2), and 2.)

|     | JESSICA D. ABER<br>UNITED STATES ATTORNEY |
|-----|---|
| By: | _____<br>Joseph L. Kosky<br>Assistant United States Attorney<br>Attorney for the United States<br>United States Attorney's Office<br>101 West Main Street, Suite 8000<br>Norfolk, Virginia 23510<br>Office Number (757) 441-6331<br>Facsimile Number (757) 441-6689<br>E-Mail Address - joseph.kosky@usdoj.gov |