2:23cr20

Hello Judge, my name is Angel Mccoy. I am writing to you because my son Dahnico Mccoy was in your court room on February 8th at a 12 pm plea deal hearing. I want to first apologize, I want to apologize for my out burst and any body language I was displaying. There was a reason for it, I don't believe I would have had the opportunity to actually speak on behalf of my son. I tried to get my son to make information known to you before you entered the court room. By small conversation we Where able to have before the court proceeded. I was later told by my son that his lawyer. Advised him to not ask you questions and to make all questions he had directed towards his lawyer. So he followed the lead of his lawyer. So judge this is the problem, his lawyer has not had my sons best interest. He has done very little in anything involving the case. His answer to questions are short. His knowledge of anything is Scares. And his defense towards the case has been very weak. I even believe he shared clients lawyer Privileged information. My sons lawyer has coerced him to take a plea. The motion of discovery does not prove that my son use a weapon, Violence or verbal abuse in the commission of a robbery. There are two written statements by the victim. In both statements she never said a weapon was drawing. She said no words were spoken and no one touched her. This seems unethical, why would you have your client plea to a deal where the evidence says different. My sons lawyer and the Prosecutors. Have told my son that they would Alleviates

certain charges in exchange for him to take the plea deal. My son's lawyer has my son thinking this option is better then going to trail. Being that my son is not completely knowledgeable of the law or the out come of a Trial. He is trusting his lawyer to give him the best advice. Robbery with or without a weapon is a serious matter. The evidence of a robbery Especially with or without a weapon, Is just as serious. Justice is based off evidence, and the evidence of armed robbery is not the case here. My son and myself would like the best plea deal possible. My son's lawyer and the Prosecution team have come together to Coerce a young uneducated of the law young man. That's not justice, that's Entrapment and Entrapment by the law has to be against the law. On February 8th, this is what I was trying to get my son to inform you of. I don't believe you as the judge know what the motion of discovery, Discovered. I believe this to be a unfair, unsafe and just not in the best interest plea deal for my son. He's lawyer has him believing he will serve 7 years and 1 month. I hope so, Maybe less. I feel He's been tricked, cause he believes he'll receive less time taking a Coerced plea in exchange for dropping other charges. That sounds safe in the mind and heart of him. Because he doesn't completely know the laws and all he rights. This is not justice this is criminal activity been done by members of the law. Judge maybe this will work the way my son's lawyer said it will. Just in case if it doesn't I feel like you deserve to know the facts behind or involving the case. Because a plea deal has been set forth that information I don't believe you have heard or have knowledge of. I am also Including the motion of discovery statement from the Victim. Thank you for

taking the time to read this letter from a very Concerned parent. I hope you will use the oath you took and Discipher if this is the right decision that my son should be making.

Angel M

## Offense/Incident Report (Continuation)

### Incident

| Date/Time Reported | Incident Start Date/Time | Incident End Date/Time | Incident Number |
|---|---|---|---|
| 04/19/2023 15:26 | 04/18/2023 15:15 | 04/18/2023 15:30 | P23021266 |

### Officer Narrative

Miriam stated that she was robbed by two subjects and described them both as black males between the ages of seventeen to twenty and average height. Miriam stated that one suspect who was slightly taller than the other, was wearing a black t shirt, dark jeans and wearing a black face mask. The second suspect was described as shorter than the first male but wearing a brown hoodie. Miriam stated that she was putting mail into the apartment buildings mailbox. Miriam stated that both approached her from the same direction and the one wearing a brown hoodie went behind her. Miriam stated the suspect wearing the black face mask stood in front of her and made a motion that resembled drawing a firearm from his waistband. Miriam stated that when that same suspect started to draw out of his waistband she covered her eyes and they both ran away. Miriam stated that when she opened her eyes, the master key that was left in the mailbox was missing. Miriam stated that the two suspects both ran going towards the direction of 5601 Old Wake Forest Rd. Miriam stated that neither suspect made any statements to her or harmed her.

Cameras were noted at 5619 Old Wake Forest Rd Apt D, however I was unable to review the cameras at the time of this report due to no answer at the door.

Based off of my investigation, it appears these suspects were attempting to get the master mail key which is similar to an incident that happened in May of 2022. USPS investigators were called to the scene and advised that the key that was missing opens any all mail boxes. A report number was left with the investigators.

---

*[Handwritten annotations:]*

**Not solid**

- Never seen the alleged firearm
- Didn't actually see suspect remove anything from their waistbands
- Suspect's never threatened or harmed alleged victim
- Also statement is changed and not consistent

So how is this a Robbery if its missing all key elements in what makes a Robbery a Robbery)

---

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| FCO RIDGELY, N (4586) | 04/19/23 | LT PUGH, A (2153) | 04/20/23 |